LAWRENCE G. BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BHUPINDER SINGH CLAIR, et al., | No. CV F 09-955 LJO DLB |
| Plaintiffs, | JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER TO COMPLAINT AND ORDER |
| v. | |
| Janet Napolitano, Secretary of Homeland Security, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiffs have challenged the delay in the processing of their applications to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a 60-day extension of time for the government to file its answer to the complaint, until October 9, 2009. As well, the parties request that the scheduling conference, currently set for September 15, 2009, be reset to sometime after the new answer date.

Dated: July 28, 2009

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

                    By:    /s/Audrey Hemesath
                          Audrey B. Hemesath
                          Assistant U.S. Attorney
                          Attorneys for the Defendants

|     |                                     |
| --- | ----------------------------------- |
| By: | /s/ James M. Makasian               |
|     | James M. Makasian                   |
|     | Attorney for the Plaintiffs         |

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to October 9, 2009, and the scheduling conference is reset to December 15, 2009 at 9:00 before Magistrate Judge Beck.

IT IS SO ORDERED.

Dated: **July 31, 2009**        **/s/ Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE