LAWRENCE G. BROWN
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHUPINDER SINGH CLAIR, et al., | No. CV F 09-955 LJO DLB |
| Plaintiffs, | SECOND JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER |
| v. | TO COMPLAINT AND ORDER |
| Janet Napolitano, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the delay in the processing of their applications to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS).  The parties previously stipulated to one extension of time, until October 9, 2009.  The parties respectfully inform the Court that they continue to endeavor toward reaching a resolution to the matter at the administrative level.  Accordingly, the parties stipulate to a second 45-day extension of time for the government to file its answer to the complaint, until November 24, 2009.

Dated: October 9, 2009

                               LAWRENCE G. BROWN
                               United States Attorney


                     By:   /s/Audrey Hemesath
                           Audrey B. Hemesath
                           Assistant U.S. Attorney
                           Attorneys for the Defendants

By:     /s/ James M. Makasian
        James M. Makasian
        Attorney for the Plaintiffs

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to November 24, 2009.

IT IS SO ORDERED.

Dated:   **October 9, 2009**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE