IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHUPINDER SINGH CLAIR, et al.,<br><br>                    Plaintiffs,<br>         vs.<br>JANET NAPOLITANO, Secretary of<br>Homeland Security, et al.,<br>                    Defendants.<br>_____/ | CASE NO. CV F 09-955 LJO DLB<br><br>**ORDER TO DISMISS AND CLOSE ACTION** |

This is an immigration case in which plaintiffs challenged the delay in the processing of their applications to adjust status to that of lawful permanent resident by United States Citizenship and Immigration Services. The parties filed a joint stipulation to dismiss this action, indicating that plaintiffs applications have been adjudication, Because this action is moot, and based on the parties stipulation to dismiss, pursuant to Fed. R. Civ. P. 41, this Court DISMISSES this action, VACATES all pending dates and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 25, 2009**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE